| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO.  02D02-2305-CT-000344 |

STATE OF INDIANA )   IN THE ALLEN SUPERIOR COURT
                 ) SS:
COUNTY OF ALLEN  )   CAUSE NO.  02D02-2305-CT-000344

JAMIANE WINSTON,                    )
                                    )
            Plaintiff,              )
                                    )
      v.                            )
                                    )
PROTECHS, INC., d/b/a PROTECH       )
RESTORATION, INC.,                  )
                                    )
            Defendant.              )

## <u>AMENDED COMPLAINT</u>

Plaintiff alleges against Defendant as follows:

1. Plaintiff is Jamiane Winston, a qualified employee of respondent who at all times material to this Complaint performed within the reasonable expectations of his employer. Plaintiff alleges that Defendant discriminated against, harassed, and constructively discharged him on the basis of his race in violation of Plaintiff's federally protected rights pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* ("Title VII") and 42 U.S.C. § 1981.

2. The Defendant is Protechs, Inc., d/b/a Protech Restoration, Inc., a company doing business at 2777 Sherman Blvd., Fort Wayne, IN 46808. Defendant's registered agent is Gregory G. Smith, at the same address. Defendant is an "employer" for the purposes of Title VII and § 1981.

3. Plaintiff filed a Charge of Discrimination with Metropolitan Human Relations Commission on or about January 14, 2022, a copy of which is attached hereto, incorporated herein, and

–1–

made a part hereof as "Ex. A." The Equal Employment Opportunity Commission issued a Notice of Right to Sue on February 16, 2023, a copy of which is attached hereto and made a part hereof as "Ex. B." All administrative remedies have been exhausted, and all jurisdictional requirements have been met for the filing of this lawsuit.

4. Plaintiff worked for Defendant from 2017 until December 17, 2021. At the time of separation from employment Plaintiff's job title was "Lead Tech."

5. Plaintiff was subjected to disparate treatment throughout his tenure with Defendant. For example, Plaintiff was denied a company vehicle, while less senior similarly situated employees were provided one (as well as lower ranking employees); Plaintiff was selected to work in high crime and undesirable areas due to his race; Defendant would often send Plaintiff alone to do a job that normally required two people, but did not short-hand Caucasian employees in the same manner; and, Plaintiff was subjected to a drug screen without just cause, while Caucasian employees were not, even when their work vehicle smelled of marijuana smoke. Further, Plaintiff watched as Caucasian employees with much less experience and seniority continually got promoted around him, but he was never permitted to change positions or offered a promotion. He was also the last to get raises, when similarly situated employees with less experience and seniority got raises regularly.

6. Plaintiff was harassed on the basis of his race throughout his employment. He was referred to "blackface," "Mr. Jefferson," the n-word, and was told he could not go to homes of Caucasian customers because they would "not want to see a black man approaching their home."  Further, Plaintiff was frequently teased about how coworkers "couldn't see him at night." The constant harassment often occurred almost daily and in the open, in front of

–2–

coworkers and management alike. Plaintiff complained to Human Resources, but nothing changed.

7. One of the perpetrators of the harassment was the person to whom Plaintiff reported, and was the person who completed Plaintiff's yearly review, so it would have been futile to complaint to Plaintiff's superior. For example, after Complainant suffered a mild heart attack at work, Plaintiff's supervisor Eric told him upon his return to work "just die next time."

8. The harassment and disparate treatment continually increased in intensity, caused Plaintiff to suffer emotional distress, and on December 17, 2021, after being drug screened, Plaintiff could no longer take the treatment and was constructively discharged.

9. Plaintiff liked his job, was good at his job, and would have continued working for Defendant if he would not have been subjected to severe harassment and disparate treatment on the basis of his race.

10. The Defendant's discriminatory conduct was the direct and proximate cause of Plaintiff suffering the loss of his job and job-related benefits, including income. Plaintiff seeks compensatory damages, including reasonable attorney fees and costs.

11. Furthermore, Defendant's discriminatory conduct was intentional, knowing, willful, wanton, and in reckless disregard of Plaintiff's federally protected rights, warranting an imposition of punitive damages.

WHEREFORE, Plaintiff prays for judgment against the Defendant for compensatory damages, punitive damages, reasonable attorney fees and costs, and all other just and proper relief.

–3–

## **JURY DEMAND**

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**CLOSE & HITCHCOCK, LLP**

*/s/ Jennifer L. Hitchcock*
Jennifer L. Hitchcock, #34635-02
116 E. Berry Street, Suite 300
Fort Wayne, IN 46802
Telephone:    (260) 408-6818
Facsimile:     (260) 498-2655
E-mail:        Jennifer@closehitchcock.com
*Attorney for Plaintiff*

–4–

Filed: 5/23/2023 11:23 AM
Clerk
Allen County, Indiana
TG

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA | EO-0048-A22 |
| | [X] EEOC | 24D-2022-00078 |

**City of Fort Wayne Metro Human Relations Commission**                    and EEOC
_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Jamiane L. Winston** | **(260) 602-0484** | **1979** |

| Street Address | City, State and ZIP Code |
|---|---|
| **532 Lasselle St., Fort Wayne, IN 46803** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. _(If more than two, list under PARTICULARS below.)_

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **PROTECH RESTORATION INC.** | **Unknown** | **(260) 471-3165** |

| Street Address | City, State and ZIP Code |
|---|---|
| **2777 Sherman Blvd., Fort Wayne, IN 46808** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest — Latest |
| [X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN | **01-01-2017    12-17-2021** |
| [ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION | |
| [X] OTHER (Specify) **Harassment & Constructive Discharge** | [ ] CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a qualified black individual that worked at Protech as a Lead Tech from 2017 until December 17, 2021. Throughout my employment I have been harassed based on my race. Several individuals make jokes and comments about my race on a regular basis and at one point I was called "nigger." Comments would be made about how customers would feel if a black man showed up at night to work, coworkers would joke that they could not see me at night, and I was referred to as "black face" regularly. Furthermore, throughout my employment, I was given jobs on the south side of town because of my race, I had to work more hours and given unfavorable jobs, I was never given a company car and was subject to a urine screen. I do not believe employees outside of my race are treated this same way. Ultimately, I decided to resign because the harassment and treatment became unbearable.

For these reasons, I believe I was discriminated against and harassed based on my race, black, and constructively discharged in violation of Title VII of the Civil Rights Act of 1964, as amended and Fort Wayne Ordinance G-21-78, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| | _Jamiane Winston_ |
| **Jan 14, 2022** _Jamiane Winston_ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) 1-14 |
| Date          Charging Party Signature | AMBER MARIE NANCARROW, Notary Public Allen County, State of Indiana Commission Number 650639 My Commission Expires January 29, 2022 |

EXHIBIT
A

Filed: 5/23/2023 11:23 AM
Clerk
Allen County, Indiana
TG

EEOC Form 161-B (01/2022)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To:    Jamiane L. Winston
       532 Lasselle St.
       Fort Wayne, IN 46803

From:  Indianapolis District Office
       101 West Ohio St., Suite 1900
       Indianapolis, IN 46204

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 24D-2022-00078 | Jeremy Sells, State, Local & Tribal Coordinator | (463) 999-1161 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

More than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

*Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.*

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Digitally Signed By:  Michelle Eisele  02/16/2023

Enclosures(s)                        **Michelle Eisele**
                                     **District Director**

cc:

Michelle K Floyd
803 S. Calhoun Street, Suite 900 P.O. Box 11489
Fort Wayne, IN 46802



EXHIBIT
B